HILLYER, APPELLANT, *v.* STATE FARM INSURANCE COMPANY, APPELLEE.

[Cite as *Hillyer v. State Farm Ins. Co.* (1999), 87 Ohio St.3d 1205.]

(No. 98–1607—Submitted September 15, 1999—Decided October 13, 1999.)

*Friedman, Domiano & Smith Co., L.P.A., Jeffrey H. Friedman* and *Stephen S. Vanek,* for appellant.

*Meyers, Hentemann & Rea Co., L.P.A.,* and *Henry A. Hentemann,* for appellee.

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, urging reversal for *amicus curiae*, Ohio Academy of Trial Lawyers.

---

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent and would affirm the judgment of the court of appeals.

COOK, J., dissents and would reverse the judgment of the court of appeals.